

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-12-00945-CV

LEE A. HARDY AND POLLY HARDY, Appellants

V.

WELLS FARGO BANK, N.A., Appellee

Appeal from the 157th District Court of Harris County.   (Tr. Ct. No. 2011-07737).

This case is an appeal from the final judgment signed by the trial court on September 5, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment ordering that the appellants take nothing against Wells Fargo Bank, N.A. with respect to the appellants' wrongful foreclosure claim. Accordingly, the Court **reverses** the trial court's judgment with respect to the appellants' wrongful foreclosure claim against Wells Fargo Bank, N.A. and **remands** the case to the trial court for further proceedings with respect to this claim only.

The Court **orders** that the appellee, Wells Fargo Bank, N.A., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 30, 2014.

Panel consists of Justices Jennings, Sharp, and Brown. Opinion delivered by Justice Sharp.